# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TRAXXAS, L.P., | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 2:16-CV-768-JRG-RSP |
| HOBBICO, INC., ET AL., | § § § | |
| Defendants. | § | |

## ORDER

In light of the Notice of Filing of Voluntary Petition for Bankruptcy by Arrma Durango Ltd. [Dkt. # 132], the Court **SEVERS** and **STAYS** all claims against Arrma Durango pending further order.

The Court **ORDERS** Plaintiff to file, within 30 days, either (1) a notice showing it has filed in the Bankruptcy proceeding a motion to lift the stay to prosecute its claims against Arrma Durango in this action, or (2) a motion for dismissal without prejudice of the claims against Arrma Durango in this Court.

**SIGNED this 30th day of January, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE