# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| TRAXXAS, L.P., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:16-cv-768-JRG-RSP |
| v. | § | LEAD CASE |
| | § | |
| HOBBICO, INC., *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants.* | § | |

## NOTICE OF FILING IN THE BANKRUPTCY PROCEEDING OF TRAXXAS L.P.'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Pursuant to the Court's orders (Dkt. Nos. 131, 134) severing and staying all of Plaintiff Traxxas, L.P.'s ("Traxxas") claims against Defendants Hobbico, Inc., ("Hobbico") and Arrma Durango, Ltd. ("Arrma") pending further order, Traxxas hereby provides notice to the Court that, on February 22, 2018, Traxxas filed *Traxxas L.P.'s Motion for Relief from Automatic Stay* (the "Motion"; Dkt. No. 186) in *In re Hobbico, Inc., et al*., Case No. 18-10055 (KG) in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  In the Motion, Traxxas requests that the Bankruptcy Court modify the automatic stay imposed by section 362(a) of the Bankruptcy Code to permit Traxxas to continue to prosecute its claims against Hobbico, Inc., and Arrma Durango, Ltd. in the above-captioned litigation.

A true and correct copy of the Motion (including exhibits) and the Bankruptcy Court's notice of electronic filing are attached hereto as **Exhibit A**.

Dated: February 23, 2018

Respectfully Submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Debra Coleman (Of Counsel)
Texas State Bar No. 24059595
dcoleman@bdavisfirm.com
Edward Chin (Of Counsel)
Texas State Bar No. 50511688
echin@bdavisfirm.com
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff Traxxas, L.P.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 23rd day of February 2018.

*/s/ William E. Davis, III*
William E. Davis, III