**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TRAXXAS, L.P.,**<br><br>   Plaintiff,<br><br>v.<br><br>**HOBBICO, INC., *et al.*,**<br><br>   Defendant. | **CASE NO. 2:16-cv-00768-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

# UNOPPOSED MOTION TO WITHDRAW THE FIRELANDS GROUP, LLC'S MOTION TO REVISE MEDIATION ORDERS AND REFER CASE TO SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE

Defendant The Firelands Group, LLC moves the Court to allow Firelands to withdraw its Motion to Revise Mediation Orders and Refer Case to Settlement Conference with Magistrate Judge (Dkt. No. 141). Firelands has conferred with counsel for Plaintiff Traxxas, L.P. and Traxxas does not oppose this motion.

          Respectfully submitted,

          */s/ Darby V. Doan*
          Darby V. Doan
          Texas Bar No. 00793622
          Joshua R. Thane
          Texas Bar No. 24060713
          HALTOM & DOAN
          6500 Summerhill Rd., Suite 100
          Texarkana, Texas 75503
          Telephone (903) 255-5100
          Facsimile (903) 255-0800
          E-Mail: ddoan@haltomdoan.com
          E-Mail: jthane@haltomdoan.com

          **ATTORNEYS FOR DEFENDANT**
          **THE FIRELANDS GROUP, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 12th day of April, 2018.

          */s/ Darby V. Doan*
          Darby V. Doan

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that he has conferred, on this the 12th day of April, 2018, with counsel for Traxxas, L.P. regarding this motion and the relief requested. Traxxas does not oppose the motion.

          */s/ Darby V. Doan*
          Darby V. Doan