**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TRAXXAS, L.P.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **Civil Action No. 2:16-cv-768-JRG-RSP** |
| v. | § | |
| | § | **LEAD CASE** |
| **HOBBICO, INC.,** *et al.*, | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |

**UNOPPOSED MOTION FOR ENTRY OF STIPULATED
PERMANENT INJUNCTION ORDER AND FINAL JUDGMENT**

Plaintiff Traxxas, L.P. ("Traxxas") and defendant The Firelands Group, LLC ("Firelands") have reached a resolution of the patent infringement claims between them in the above-captioned litigation.

Accordingly, Traxxas requests that the Court enter a Stipulated Permanent Injunction Order and Final Judgment on the terms provided in the attached Exhibit A. Firelands does not oppose entry of the Stipulated Permanent Injunction Order and Final Judgment in the form provided.

Dated:  April 27, 2018

Respectfully Submitted,

By: */s/ William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Debra Coleman (Of Counsel)
Texas State Bar No. 24059595
dcoleman@bdavisfirm.com
Edward Chin (Of Counsel)
Texas State Bar No. 50511688
echin@bdavisfirm.com
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff*
*Traxxas, L.P.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(V).  Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 27th day of April 2018.

*/s/ William E. Davis, III*
William E. Davis, III